No. D–1237. In re Disbarment of Matusow. Disbarment entered. [For earlier order herein, see 507 U. S. 904.]

No. D–1240. In re Disbarment of Postel. Disbarment entered. [For earlier order herein, see 507 U. S. 958.]

No. D–1241. In re Disbarment of Oshatz. Disbarment entered. [For earlier order herein, see 507 U. S. 958.]

No. D–1242. In re Disbarment of Fleisher. Disbarment entered. [For earlier order herein, see 507 U. S. 958.]

No. D–1243. In re Disbarment of Dambach. Disbarment entered. [For earlier order herein, see 507 U. S. 958.]

No. D–1244. In re Disbarment of Gordon. Disbarment entered. [For earlier order herein, see 507 U. S. 958.]

No. D–1252. In re Disbarment of Lebetkin. Disbarment entered. [For earlier order herein, see 507 U. S. 1015.]

No. D–1267. In re Disbarment of Manger. It is ordered that William H. Manger, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1268. In re Disbarment of Dunford. It is ordered that Sam B. Dunford, of Palm Springs, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1269. In re Disbarment of Becker. It is ordered that Virgil Victor Becker, of Atascadero, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1270. In re Disbarment of Gubbins. It is ordered that John Lewe Gubbins, of Montefort, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.